UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION\

| | |
|---|---|
| GEORGE B. LANNOM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:12-MC-0051 |
| v. | ) Judge Sharp |
| | ) |
| STEPHEN K. WILD, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Docket No. 9) in which he recommends that (1) the "Petition for Expedited Confirmation of Order of Attachment Issued by Arbitrators" (Docket No. 1) be granted; and (2) the Court enter a proposed Order (Docket No. 8), confirming the order of attachment issued by an arbitration panel of the Financial Industry Regulatory Authority in the matter styled <u>Lannom v. QA3 Financial Corp; QA3, LLC & Stephen K. Wild</u>, FINRA # 10-5109 (July 24, 2012).

Having considered the matter, and no objections having been filed, the Report and Recommendation (Docket No. 9) is hereby ACCEPTED and APPROVED. The Court will enter the proposed Order (Docket No. 8) contemporaneously herewith.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE